

# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003

November 16, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-004489 and Court of Appeals number 03-15-00638-CV, styled, BRIDGET ELLIOTT V CROSSWATER YACHT CLUB, was due in your office November 16, 2015.  This office has not received a designation of clerk's record nor payment for this record as of today.  Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309